UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARL McINTOSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06-CV-695-AGF |
| ) | |
| MICHAEL DWYER, NORMAN S. LONDON, ) | |
| UNKNOWN LAWLESS, FELICIA JONES, ) | |
| TRACY L. BERRY, CATHERINE ) | |
| HANAWAY, JOHN BUSH and THOMAS ) | |
| KERN, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL
PURSUANT TO
28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's complaint be **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 9th day of May, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

PDF created with FinePrint pdfFactory trial version www.pdffactory.com